**Exhibit A to the Complaint**

**Location:** New York, NY
**Total Works Infringed:** 29

**IP Address:** 24.161.113.150
**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | C60F94B5923542FD8002029717C9DC68B5133526 | 03/15/2026 23:54:18 | TushyRaw | 03/15/2026 | 03/24/2026 | PA0002575287 |
| 2 | 41E6D093A5C5E4CA8143E4151AE1C6098CB6F76A | 03/15/2026 21:12:23 | Tushy | 03/15/2026 | 03/24/2026 | PA0002575267 |
| 3 | 41A1FAD6FCF41B3C0367ED866B299CB618BC137B | 03/15/2026 11:14:33 | Milfy | 08/14/2024 | 09/17/2024 | PA0002490354 |
| 4 | 331765ed2d5060b8ecd31d3f2ff73e580219370b | 03/15/2026 01:23:53 | Tushy | 05/01/2019 | 07/05/2019 | PA0002206375 |
| 5 | 84A65BB6FFEF395C7DCDDB7E0A3E4FC8158BF353 | 03/15/2026 00:19:26 | Milfy | 09/11/2024 | 09/18/2024 | PA0002490442 |
| 6 | D4560F12495ED523E75F06905AEC4B6CC5E5BB79 | 03/14/2026 19:56:21 | Milfy | 06/12/2024 | 09/09/2024 | PA0002491143 |
| 7 | 0B1D11F072D4BD1F0E673DB6EE4B8DEAD4D70F0B | 03/14/2026 00:40:09 | Milfy | 05/15/2024 | 06/20/2024 | PA0002477041 |
| 8 | 56C462C68191E46C138AC9D5B551C8193A2F6315 | 03/13/2026 20:20:22 | Vixen | 03/13/2026 | 03/24/2026 | PA0002575264 |
| 9 | 30C066C89071EDF04AFBD1EE46505F611806AF98 | 03/12/2026 00:45:38 | Milfy | 03/11/2026 | 03/24/2026 | PA0002575238 |
| 10 | 952B8D54760046B6268452A7C8998E91845C6483 | 03/08/2026 20:40:36 | Tushy | 03/08/2026 | 04/07/2026 | PA0002577433 |
| 11 | C9659F0C8EABD09E49727371997450EC890E789A | 03/08/2026 20:34:38 | Vixen | 03/08/2026 | 03/24/2026 | PA0002575213 |
| 12 | C819D050FA6B4FED8233BB44050C3DF008C9C907 | 03/07/2026 16:49:25 | Tushy | 05/17/2020 | 06/16/2020 | PA0002253264 |
| 13 | 3458F104A899493165C7AE6E94C214C4CCB4F2CE | 03/07/2026 16:34:26 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |
| 14 | E5CD2C2369CA4092F8A16D9A9579720FBF5EC3DA | 03/07/2026 14:33:38 | Milfy | 02/21/2024 | 03/15/2024 | PA0002461468 |
| 15 | 6F80ADC7AD78E41737CD90B771573DFE20CAA805 | 03/05/2026 12:51:22 | Tushy | 09/22/2024 | 10/16/2024 | PA0002494781 |
| 16 | BC2CDF90EEF32E5742F95F55AB935E52BE7CC05F | 03/04/2026 18:59:00 | Milfy | 02/18/2026 | 02/20/2026 | PA0002568781 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 162FA634EFF683E06327141747736DB619EE0562 | 03/04/2026 15:10:12 | Milfy | 01/07/2026 | 01/26/2026 | PA0002563047 |
| 18 | 619844D3DC5A7CDD00FE5D5E4579731C13CBF274 | 03/04/2026 14:23:04 | Milfy | 12/31/2025 | 01/07/2026 | PA0002559436 |
| 19 | 0F0B56654A87EB0DC27126BF668403535D903740 | 03/04/2026 01:55:43 | Vixen | 03/03/2026 | 03/09/2026 | PA0002572153 |
| 20 | B142302173708D187668C6B54178854AB8BCB990 | 03/02/2026 13:52:35 | Vixen | 02/21/2026 | 03/09/2026 | PA0002572157 |
| 21 | 9867C29AFA2E9FC2BBB9DB684C239633BD62739C | 03/02/2026 13:32:27 | Tushy | 01/18/2026 | 01/26/2026 | PA0002563046 |
| 22 | 3DE325A239C021451BA00D0389EB72A7C3428DA9 | 03/02/2026 12:50:08 | Tushy | 01/25/2026 | 01/28/2026 | PA0002563702 |
| 23 | 6CB2DD6F9B2C8FC4B89926231EDAB21D44CBC70C | 03/02/2026 11:26:11 | Tushy | 02/22/2026 | 03/09/2026 | PA0002572176 |
| 24 | 22B557E3A82AF065C9FB78F3B69105C6D4BAC711 | 03/02/2026 11:20:22 | Tushy | 12/05/2021 | 12/09/2021 | PA0002325840 |
| 25 | C5E07071D6E922BC4361C01BA4C56F60BE45742B | 03/02/2026 10:09:37 | TushyRaw | 03/01/2026 | 03/09/2026 | PA0002572008 |
| 26 | 9B2825B03C247FB3FBB5CB074B51B1EA1EB23FBA | 03/02/2026 09:29:13 | Tushy | 02/01/2026 | 02/04/2026 | PA0002565320 |
| 27 | 93556557BB3C61FA6F48A2A2BBD6FF964677E762 | 03/02/2026 09:09:42 | Tushy | 02/08/2026 | 02/20/2026 | PA0002568784 |
| 28 | E8631D410D1904C0DDECC65FE9772D643934EB8D | 03/02/2026 09:02:33 | Tushy | 03/01/2026 | 03/09/2026 | PA0002572009 |
| 29 | FD43787C0D111AB2570CC7FB024294F0F010A53C | 03/01/2026 13:06:40 | Wifey | 02/28/2026 | 03/09/2026 | PA0002572160 |