UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRIKE 3 HOLDINGS, LLC,

Plaintiff,

-against-

JOHN DOE subscriber assigned IP address 24.161.113.150,

Defendant.

26-CV-4115 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's Order granting Plaintiff's letter motion for third-party discovery, Plaintiff was given authorization to serve a Rule 45 subpoena on Spectrum, who was then directed to serve John Doe within 60 days. Dkt. 10. That Order was entered on June 16, 2026. Given that over 60 days have passed since that Order was issued, Plaintiff is hereby ORDERED to file a letter apprising the Court about the status of the case, including whether or not it may be dismissed, by August 24, 2026.

SO ORDERED.

Dated: August 17, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge